United States District Court
Eastern District of New York

| | |
|---|---|
| Trustees of the Local 7 Tile Industry Welfare Fund, Trustees of the Local 7 Tile Industry Annuity Fund, Trustees of the Tile Layers Local Union 52 Pension Fund, and Trustees of the Bricklayers & Trowel Trades International Pension Fund,<br><br>Plaintiffs,<br><br>-against-<br><br>Artisan Stoneworks, Corp.,<br><br>Defendant. | **AFFIDAVIT OF SERVICE**<br><br>Civil Action No. 1:20-CV-04679-RPK-JO<br>Date Filed 10/1/2020 |

State of New York )
                  ss:
County of Albany )

Edward J. Bowmaker, being duly sworn, deposes and says:

Deponent is over the age of eighteen and is a resident of New York State and is not a party to this action. That on October 14, 2020 at approximately 3:00 PM deponent served the following specific papers pursuant to Section 306 of the Business Corporation Law: Summons in a Civil Action and Complaint with Civil Cover Sheet, that the party served was Artisan Stoneworks Corp., a domestic business corporation, the defendant in this action, by personally serving two copies of the aforesaid papers at the office of the New York State Secretary of State located at 99 Washington Avenue, 6th Floor, in the City of Albany, New York by delivering to and leaving the papers with Sue Zouky, a white female with light brown hair, being approximately 60 years of age; height of 5'0", weight of 125 lbs., being an authorized person in the Corporation Division of the Department of State and empowered to receive such service. That at the time of making such service, deponent paid the fee prescribed by Law in the amount of $40.00.

*Edward J. Bowmaker*
Edward J. Bowmaker

Sworn to before me this 14 day of October, 2020

*Meagan E. McGraw*
Meagan E. McGraw
Notary Public – State of New York
Qualified in Albany County
Registration No. 01MC6399665
Commission Expires: 10-28-2023