UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| TRUSTEES OF THE LOCAL 7 TILE INDUSTRY WELFARE FUND, TRUSTEES OF THE LOCAL 7 TILE INDUSTRY ANNUITY FUND, TRUSTEES OF THE TILE LAYERS LOCAL UNION 52 PENSION FUND, and TRUSTEES OF THE BRICKLAYERS & TROWEL TRADES INTERNATIONAL PENSION FUND,<br><br>                    Plaintiffs,<br><br>          -against-<br><br>ARTISAN STONEWORKS, CORP.,<br><br>                    Defendant. | **NOTICE OF APPEARANCE**<br><br>Civil Action No. 1:20-cv-04679-RPK-JO |

**PLEASE TAKE NOTICE** that Thomas G. Eron, Esq., of Bond, Schoeneck & King, PLLC, One Lincoln Center, Syracuse, New York 13202-1355, hereby appears as counsel for Defendant Artisan Stoneworks, Corp. in the above-captioned matter.

| | |
|---|---|
| DATED:  Syracuse, New York<br>             October 26, 2020 | BOND, SCHOENECK & KING, PLLC<br><br>By:   /s/Thomas G. Eron<br>        Thomas G. Eron, Esq.<br>Attorneys for Defendant<br>One Lincoln Center<br>Syracuse, New York 13202-1355<br>Telephone: (315) 218-8647<br>Facsimile: (315) 218-8100<br>E-mail: teron@bsk.com |