

VIRGINIA
& AMBINDER LLP
A t t o r n e y s   a t   L a w

40 Broad Street, 7th Floor
New York, New York 10004
Telephone: (212) 943-9080
Facsimile: (212) 943-9082

**John M. Harras**
Partner
jharras@vandallp.com

November 2, 2020

**VIA ELECTRONIC CASE FILING**

Hon. James Orenstein, U.S.M.J.
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

> Re:  ***Trs. of the Local 7 Tile Indus. Welfare Fund, et al. v. Artisan
> Stoneworks, Corp.***; Civil Action No.: 20 CV 4679 (RPK) (JO)

Dear Judge Orenstein:

This firm represent Plaintiffs in the above-referenced matter. Plaintiffs write jointly with Defendant to respectfully request that the Court extend Defendant's time to answer from November 4, 2020 until January 4, 2021. Since Plaintiffs filed the Complaint, the parties have engaged in settlement negotiations and hope to resolve this matter. To facilitate said negotiations, the parties have agreed to extend the time for Defendants to answer or otherwise move with respect to the Complaint for 60 days until January 4, 2021.

Accordingly, the parties respectfully request that the Court extend Defendant's deadline to answer or move with respect to the Complaint until January 4, 2021. This request for an extension of time to answer is the partis' first such request. All parties consent to this request.

The parties thank the Court for its time and attention to this matter.

Respectfully Submitted,

_____/s/_____
John M. Harras

cc: Counsel of Record (via ECF)

1