UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| TRUSTEES OF THE LOCAL 7 TILE INDUSTRY WELFARE FUND, TRUSTEES OF THE LOCAL 7 TILE INDUSTRY ANNUITY FUND, TRUSTEES OF THE TILE LAYERS LOCAL UNION 52 PENSION FUND, AND TRUSTEES OF THE BRICKLAYERS & TROWEL TRADES INTERNATIONAL PENSION FUND,<br><br>      Plaintiffs,<br><br>Against<br><br>ARTISAN STONEWORKS CORP.,<br><br>      Defendant. | **DEFENDANT'S RULE 7.1 CORPORATE DISCLOSURE STATEMENT**<br><br>Civil Action No. 1:20-CV-04679 |

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Defendant Artisan Stoneworks Corp. states that it has no parent corporation and that no publicly-held corporation owns 10% or more of its stock.

Dated: Syracuse, New York
   January 5, 2021

                Respectfully submitted,

                BOND, SCHOENECK & KING, PLLC

                By: s/ Thomas G. Eron
                   Thomas G. Eron

                Office and P. O. Address
                One Lincoln Center; Suite 1800
                Syracuse, NY  13202
                Telephone:  (315) 218-8647
                teron@bsk.com

## CERTIFICATE OF SERVICE

I hereby certify that on the 5th day of January, 2021, the foregoing Rule 7.1 Corporate Disclosure Statement was served via the Court's CM/ECF system to the following:

> John M. Harras, Esq.
> VIRGINIA & AMBINDER, LLP
> 40 Broad Street, 7th Floor
> New York, NY  10004
> Telephone:  212-943-9080
> Email:  jharras@vandallp.com

  s/ Thomas G. Eron
  Thomas G. Eron
