

One Lincoln Center | Syracuse, NY 13202-1355 | **bsk.com**

**THOMAS G. ERON, ESQ.**
teron@bsk.com
P: 315.218.8647
F: 315.218.8100

January 26, 2021

**VIA ECF**

Magistrate Judge Lois Bloom
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

Re:   *Trustees of the Local 7 Tile Industry Welfare Fund, et al. v. Artisan Stoneworks Corp.*
*Civil Action no. 1:20-CV-04679*

Dear Magistrate Judge Bloom:

We represent the defendant Artisan Stoneworks Corp. in the above-captioned matter.

We respectfully request an adjournment of the initial pretrial conference that is currently scheduled before you on February 4 at 10:30 am. This is the first request for an adjournment. It arises because of a scheduling conflict with another matter that has been set down for a substantive hearing at the same date and time.

Plaintiffs' counsel has graciously consented to this request. The adjournment does not affect any other scheduled dates for this matter.

Thank you for your consideration of this request.

Very truly yours,

BOND, SCHOENECK & KING, PLLC

Thomas G. Eron

TGE/jlm

cc:   John Harras, Esq. *(Via ECF)*