

40 Broad Street, 7th Floor
New York, New York 10004
Telephone: (212) 943-9080
Facsimile: (212) 943-9082

**John M. Harras**
Partner
jharras@vandallp.com

March 18, 2021

**VIA ELECTRONIC CASE FILING**

Hon. Lois Bloom, U.S.M.J.
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

    Re:    *Trs. of the Local 7 Tile Indus. Welfare Fund, et al. v. Artisan Stoneworks, Corp.*; Civil Action No.: 20 CV 4679 (RPK) (JO)

Dear Magistrate Judge Bloom:

    This firm represents Plaintiffs in the above matter. Plaintiffs write jointly with Defendant to provide the Court with a joint status report, pursuant to the Court's February 18, 2021 Order.

    On February 18, 2021, the parties appeared before the Court for an initial conference. At the initial conference, the Court encouraged the parties to continue their settlement discussions and directed Defendant to furnish Plaintiffs, on or before February 26, 2021, with the information that Plaintiffs requested of Defendant on January 21, 2021. On February 26, 2021, the parties discussed said information and the prospect settlement over the phone. On March 12, 2021, Plaintiffs, after analyzing Defendants' settlement proposal, requested more information from Defendant to facilitate said analysis. On March 18, 2021, Defendant provided Plaintiffs with additional information concerning settlement. Overall, the parties believe that the settlement discussions have been productive by narrowing the issues in this case. The parties will continue to pursue settlement.

    The parties thank the Court for its time and attention to this matter.

    Respectfully Submitted,
    _/s/_
    John M. Harras

cc: Counsel of Record (via ECF)