

40 Broad Street, 7th Floor
New York, New York 10004
Telephone: (212) 943-9080
Facsimile: (212) 943-9082

**John M. Harras**
Partner
jharras@vandallp.com

April 19, 2021

**VIA ELECTRONIC CASE FILING**

Hon. Lois Bloom, U.S.M.J.
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

      Re:    ***Trs. of the Local 7 Tile Indus. Welfare Fund, et al. v. Artisan Stoneworks, Corp.***; Civil Action No.: 20 CV 4679 (RPK) (JO)

Dear Magistrate Judge Bloom:

      This firm represents Plaintiffs in the above matter. Plaintiffs write jointly with Defendant to provide the Court with a joint status report, pursuant to the Court's March 19, 2021 Order.

      On February 18, 2021, the parties appeared before the Court for an initial conference. At the initial conference, the Court encouraged the parties to continue their settlement discussions. On March 18, 2021, the parties informed the Court that they exchanged information to facilitate settlement negotiations. Since then, the parties have continued those negotiations.  On April 14, 2021, counsel for the parties conferred over the phone to discuss legal issues relevant to settlement. While the parties have made significant strides towards a settlement, they remain apart on how to resolve those legal issues.  Accordingly, each party intends to serve written discovery on the other by April 23, 2021, unless a settlement is reached before that date.

      The parties thank the Court for its time and attention to this matter.

                                        Respectfully Submitted,
                                        _____/s/_____
                                        John M. Harras

cc: Counsel of Record (via ECF)